**COMMONWEALTH of Pennsylvania, Respondent**

v.

**David T. DONES, Petitioner**

**No. 51 MAL 2017**

Supreme Court of Pennsylvania.

May 23, 2017

## ORDER

PER CURIAM

AND NOW, this 23rd day of May, 2017, the Petition for Allowance of Appeal is **DENIED.**